IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **DAVID WILSON,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**WERNER ENTERPRISES, INC.,** *and*,<br>**KELLY WALKER,**<br><br>    *Defendants*. | **CIVIL ACTION NO.**<br>**3:23-cv-00075-TES** |

### ORDER STAYING THIS CASE AND ORDERING MEDIATION

Plaintiff David Wilson filed this personal injury action in the Superior Court of Walton County, Georgia, alleging that his vehicle was struck by a tractor-trailer owned by Defendant Werner Enterprises, Inc., and operated by Defendant Kelly Walker. *See* [Doc. 1-2]. Defendants timely removed this case to this Court on June 21, 2023, and filed their Answers the same day. [Doc. 1]; [Doc. 2]; [Doc. 3]. After the close of discovery, Defendants filed several motions, which remain pending. *See* [Doc. 18]; [Doc. 19]; [Doc. 27]. Following a hearing on October 7, 2024, the Court determined that mediation would be beneficial for all Parties.

Accordingly, the Court **STAYS** this action to allow the parties to mediate this dispute. The Court **ORDERS** the Parties to complete mediation **no later than November 21, 2024**, and report the results of the mediation **within five days** of its

conclusion.

    **SO ORDERED**, this 22nd day of October, 2024.

                                              S/ Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**